IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harwell, Eric V

Printed: 11/20/07

Case Number: 07 B 10341
Judge: Squires, John H

Filed: 6/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 26, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 274.00 |
| Trustee Fee: |  | 15.64 |
| Other Funds: |  | 7,110.36 |
| Totals: | 7,400.00 | 7,400.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 274.00 | 274.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Eastern Savings Bank | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 12,187.67 | 0.00 |
| 5. | CitiFinancial Mortgage | Secured | 5,526.36 | 0.00 |
| 6. | Eastern Savings Bank | Secured | 52,830.49 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 1,536.95 | 0.00 |
| 8. | Internal Revenue Service | Priority | 22,644.78 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 646.99 | 0.00 |
| 10. | Credit Bureau Of N America | Unsecured | 119.00 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 803.90 | 0.00 |
| 12. | Cb Usa Inc | Unsecured | 693.30 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 258.60 | 0.00 |
| 14. | First American Investment | Unsecured | 1,761.80 | 0.00 |
| 15. | Caine & Weiner | Unsecured |  | No Claim Filed |
| 16. | CBCS | Unsecured |  | No Claim Filed |
| 17. | Credit One Bank | Unsecured |  | No Claim Filed |
| 18. | American Collection Corp | Unsecured |  | No Claim Filed |
| 19. | First American Investment | Unsecured |  | No Claim Filed |
| 20. | First Premier | Unsecured |  | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 23. | LVNV Funding | Unsecured |  | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 25. | American Collection Corp | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harwell, Eric V

Printed: 11/20/07

Case Number: 07 B 10341
Judge: Squires, John H
Filed: 6/8/07

| | | | | |
|---|---|---|---|---|
| 26. | New Millennium Bank | Unsecured | | No Claim Filed |
| 27. | Professional Account Management | Unsecured | | No Claim Filed |
| 28. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 99,283.84 | $ 274.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 15.64 |
| | _____ |
| | $ 15.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____